**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6652**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GLOBAL LINK LOGISTICS, INC. v. MIDWEST INTERMODAL SERVICES, INC. | **JUDGE GOTTSCHALL** **MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff GLOBAL LINK LOGISTICS, INC.

| | |
|---|---|
| NAME (Type or print) Michael D. Sher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael D. Sher | |
| FIRM Neal, Gerber & Eisenberg LLP | |
| STREET ADDRESS Two N. LaSalle St., Suite 2200 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2580519 | TELEPHONE NUMBER 312-269-8085 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |