UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07 C 6652
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.   (   ) By leaving a copy with the named party, ------- personally on -------.

2.   (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **Midwest Intermodal Services, Inc.** by leaving a copy with **Michael J. Torchalski, Registered Agent and Authorized Person**, on **November 30, 2007**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **Caucasian**          APPROXIMATE AGE: **40-45**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **820 East Terra Cotta Avenue B, Suite 207, Crystal Lake, IL 60014**
TIME OF DAY: **10:20 AM**

6.   (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 30th day of **November 2007**.

OFFICIAL SEAL
JANICE GRUBISICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/15/09

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GLOBAL LINK LOGISTICS, INC.

V.

MIDWEST INTERMODAL SERVICES, INC.

CASE NUMBER: 07 C 6652

ASSIGNED JUDGE: Hon. Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Hon. Geraldine Soat Brown

TO: (Name and address of Defendant)

MIDWEST INTERMODAL SERVICES, INC.
c/o Michael J. Torchalski, Registered Agent
820 East Terra Cotta Avenue B, Suite 207
Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Sher
Neal, Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 27 2007

DATE