UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLOBAL LINK LOGISTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07 C 6652 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| MIDWEST INTERMODAL SERVICES, INC., | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Midwest Intermodal Services, Inc.
      c/o Its Registered Agent: Michael J. Torchalski
      820 East Terra Cotta Avenue B, Suite 207
      Crystal Lake, IL 60014

      Midwest Intermodal Services, Inc.
      1105 East Algonquin Road
      Arlington Heights, IL 60005

PLEASE TAKE NOTICE that on Thursday, January 10, 2008, at 9:30 A.M., we will present plaintiff's **Motion for Entry of Default Against Defendant Midwest Intermodal Services, Inc.**, before the Honorable Joan B. Gottschall, or any other judge sitting in her stead in Courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which this date has been electronically filed with the Court and served upon you via Federal Express.

GLOBAL LINK LOGISTICS, INC.

By:   /s/ Athanasios Papadopoulos
      One of its attorneys

Brendan Collins (admitted *pro hac vice*)
GALLAND KHARASCH
  GREENBERG FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007
Telephone: 202-342-5200
Facsimile: 202-342-5219
Email: bcollins@gkglaw.com

Michael D. Sher (ARDC #2580519)
Athanasios Papadopoulos (ARDC #6278188)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle St., Suite 2200
Chicago, IL 60602
Telephone: 312-269-8085
Facsimile: 312-269-1747
Email: msher@ngelaw.com

Dated: December 27, 2007

## CERTIFICATE OF SERVICE

  I, Athanasios Papadopoulos, an attorney, hereby certify that on December 27, 2007, the foregoing **Notice of Motion**, a **Motion for Entry of Default Against Defendant Midwest Intermodal Services, Inc.**, and my **Appearance** was electronically filed with the Clerk of the Court using the CM/ECF System, and served via Federal Express, upon:

  Midwest Intermodal Services, Inc.
  c/o Its Registered Agent: Michael J. Torchalski
  820 East Terra Cotta Avenue B, Suite 207
  Crystal Lake, IL 60014

  Midwest Intermodal Services, Inc.
  1105 East Algonquin Road
  Arlington Heights, IL 60005

            /s/  Athanasios Papadopoulos

NGEDOCS: 1491846.1