UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLOBAL LINK LOGISTICS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MIDWEST INTERMODAL SERVICES, : <br> INC., : <br> : <br> Defendant. : | Case No.: 1:07-cv-06652 <br> Honorable Joan B. Gottschall |

**CORRECTED**
**MOTION FOR ENTRY OF DEFAULT AGAINST**
**DEFENDANT MIDWEST INTERMODAL SERVICES, INC.**

Plaintiff Global Link Logistics, Inc., by and through its attorneys, and pursuant to Fed. R. Civ. P. 55(a), hereby moves for entry of default against Midwest Intermodal Services, Inc. In support of this motion, Global Link Logistics, Inc. states as follows:

1. On November 27, 2007, Plaintiff Global Link Logistics, Inc., ("Global Link ") filed its Complaint in the United States District Court for the Northern District of Illinois, Eastern Division, against Midwest Intermodal Services, Inc. ("Midwest"). The Complaint alleged that Midwest is in breach of contract with Global Link, tortiously interfered with Global Link's valid business expectancy, and defamed and disparaged Global Link.

2. Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Global Link personally served Midwest through its registered agent for service of process, Michael J. Torchalski, on November 30, 2007. *See* Affidavit of Philip Alkhoury, attached as Exhibit A (docket no. 6). The date by

which Midwest was required to file a responsive pleading has therefore expired. As a result, Midwest is entitled to an entry of default in this matter.

WHEREFORE, Plaintiff Global Link Logistics, Inc. respectfully requests that this Court grant this motion, enter a default order against Midwest Intermodal Services, Inc. and award any further relief that this Court deems just and proper.

Respectfully submitted,

GLOBAL LINK LOGISTICS, INC.

By: ___/s/ Athanasios Papadopoulos_____
      One of Its Attorneys

Brendan Collins (Admitted *Pro Hac Vice*)
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street NW, Suite 200
Washington, DC 20007
Telephone: 202/342-6793
Facsimile:    202/342-5207
Email:          bcollins@gkglaw.com

Michael D. Sher (2580519)
Athanasios Papadopoulos (6278188)
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street – Suite 2200
Chicago, IL  60602
Telephone:    312/269-8085
Facsimile:    312/269-1747
Email:          msher@ngelaw.com
Email:          tpapadopoulos@ngelaw.com

Attorneys for Plaintiff
GLOBAL LINK LOGISTICS, INC.

DATE:    December 27, 2007

## CERTIFICATE OF SERVICE

  I, Athanasios Papadopoulos, an attorney, hereby certify that on December 27, 2007, the foregoing **Corrected Motion for Entry of Default Against Defendant Midwest Intermodal Services, Inc.** was electronically filed with the Clerk of the Court using the CM/ECF System, and served via Federal Express, upon:

  Midwest Intermodal Services, Inc.
  c/o Its Registered Agent:  Michael J. Torchalski
  820 East Terra Cotta Avenue B, Suite 207
  Crystal Lake, IL 60014

  Midwest Intermodal Services, Inc.
  1105 East Algonquin Road
  Arlington Heights, IL  60005


            /s/  Athanasios Papadopoulos

NGEDOCS: 1491935.1