UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 6652**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Midwest Intermodal Services, Inc.** by leaving a copy with **Michael J. Torchalski, Registered Agent and Authorized Person**, on **November 30, 2007**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**              RACE: **Caucasian**              APPROXIMATE AGE: **40-45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **820 East Terra Cotta Avenue B, Suite 207, Crystal Lake, IL 60014**
TIME OF DAY: **10:20 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 30th day of **November 2007**.

OFFICIAL SEAL
JANICE GRUBISICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/15/09

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

Exhibit A