# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Global Link Logistics Inc

                Plaintiff,

v.                                               Case No.: 1:07−cv−06652
                                                Honorable Joan B. Gottschall

Midwest Intermodel Services Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

        MINUTE entry before Judge Joan B. Gottschall :Motion for entry of default [9], [11] is granted. Prove−Up hearing set for 1/24/2008 at 9:30 AM.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.