# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6652 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Global Link Logistics vs. Midwest Intermodel Services Inc. | | |

**DOCKET ENTRY TEXT**

Prove-Up Hearing held. It is hereby ordered that default judgment is entered in favor of Plaintiffs and against Defendant, Midwest Intermodel Services, Inc. in the amount of $140,072.48 plus costs and fees. The court enters default judgment because of failure of defendant's appearance or answer and finds allegations of complaint established. Counsel for Plaintiff to submit order for judge's signature. Final judgment will be entered upon entry of order which should include the costs and fees as indicated in open court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|