UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLOBAL LINK LOGISTICS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:07-cv-06652 |
| | : | Honorable Joan B. Gottschall |
| MIDWEST INTERMODAL SERVICES, INC., | : | |
| Defendant. | : | |

**PETITION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff, Global Link Logistics, Inc., by its attorneys, hereby submits this petition for attorneys' fees and costs.

1. On November 27, 2007, Global Link Logistics, Inc. ("Global Link") filed a six-count Complaint against Midwest Intermodal Services, Inc. ("Midwest") alleging the following causes of action: Count I – breach of contract; Count II – tortious interference with a valid business expectancy; Count III – defamation; Count IV – common-law commercial disparagement; Count V – violation of the Illinois Deceptive Trade Practices Act; and Count VI – violation of the Illinois Consumer Fraud and Deceptive Business Practices Act. (Compl., ¶¶ 1-54.)

2. On November 30, 2007, Midwest, through its registered agent, was served with a summons and a copy of the Complaint. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Midwest had until December 20, 2007, to answer or otherwise respond to the Complaint.

3. Midwest did not timely file an answer or otherwise respond to the Complaint, nor has Midwest appeared in this action.

4. On December 27, 2007, Global Link filed its Motion for Entry of Default Against Defendant Midwest Intermodal, Inc. ("Default Motion").

5. On January 10, 2008, this Court granted Global Link's Default Motion.

6. Section 510/3 of the Illinois Uniform Deceptive Trade Practices Act provides that "[c]osts and attorneys' fees or both may be assessed against a defendant only if the court finds that he has willfully engaged in a deceptive trade practice." 815 ILCS 510/3; *see also Bingham v. Inter-Track Partners,* 600 N.E.2d 70, 74, 234 Ill. App. 3d 615, 621 (Ill. App. Ct. 1992).

7. In this instance, the allegations contained in the Complaint sufficiently establish that Defendant, Midwest Intermodal Services, Inc. ("Midwest"), has willfully engaged in deceptive trade practices to the detriment of Global Link. *See Bingham,* 600 N.E.2d at 74, 234 Ill. App. 3d at 621 (trial court erred in denying plaintiff attorneys' fees where evidence established defendant acted willfully). Midwest has failed to appear in this matter and has not denied the allegations contained in the Complaint, which stand unrebutted.

8. To date, Global Link has incurred $19,905.50 in attorneys' fees and $465.40 in costs in this action. (*See* Affidavit of David P. Street; Affidavit of Brendan Collins; Affidavit of Michael D. Sher; and Affidavit of Athanasios Papadopoulos.)[1]

---

[1] The Affidavit of David P. Street, the Affidavit of Brendan Collins, the Affidavit of Michael D. Sher and the Affidavit of Athanasios Papadopoulos are attached hereto as Exhibits 1, 2, 3 and 4, respectively.

WHEREFORE, Plaintiff, Global Link Logistics, Inc., respectfully requests that this Court grant this petition for attorneys' fees and costs pursuant to 815 ILCS 510/3, award Global Link $20,370.90 in attorneys' fees and costs incurred in connection with this action, and award any further relief that this Court deems just and proper.

                                       GLOBAL LINK LOGISTICS, INC.

                                       By:  /s/ Athanasios Papadopoulos
                                                 One of Its Attorneys

| Brendan Collins (Admitted *Pro Hac Vice*) | Michael D. Sher (2580519) |
|---|---|
| GALLAND KHARASCH GREENBERG | Athanasios Papadopoulos (6278188) |
| FELLMAN & SWIRSKY, PC | NEAL GERBER & EISENBERG LLP |
| 1054 Thirty-First Street NW, Suite 200 | Two North LaSalle Street – Suite 2200 |
| Washington, DC 20007 | Chicago, IL 60602 |
| Telephone: 202/342-6793 | Telephone: 312/269-8085 |
| Facsimile: 202/342-5207 | Facsimile: 312/269-1747 |
| Email: bcollins@gkglaw.com | Email: msher@ngelaw.com |
| | Email: tpapadopoulos@ngelaw.com |

Attorneys for Plaintiff
GLOBAL LINK LOGISTICS, INC.

DATE:   February 4, 2008

## CERTIFICATE OF SERVICE

  I, Athanasios Papadopoulos, an attorney, hereby certify that on February 4, 2008, the foregoing **Petition for Attorneys' Fees and Costs** was electronically filed with the Clerk of the Court using the CM/ECF System, and served via Federal Express, upon:

  Midwest Intermodal Services, Inc.
  c/o Its Registered Agent: Michael J. Torchalski
  820 East Terra Cotta Avenue B, Suite 207
  Crystal Lake, IL 60014

  Midwest Intermodal Services, Inc.
  1105 East Algonquin Road
  Arlington Heights, IL 60005


            /s/  Athanasios Papadopoulos
              Athanasios Papadopoulos