# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL LINK LOGISTICS, INC.,             :
                                         :
               Plaintiff,                :
                                         :
v.                                       :        Case No.: 1:07-cv-06652
                                         :        Honorable Joan B. Gottschall
MIDWEST INTERMODAL SERVICES,             :
INC.,                                    :
                                         :
               Defendant.                :

---

### AFFIDAVIT OF DAVID P. STREET

I, David P. Street, being first duly sworn on oath, depose and state as follows:

1.    I am one of the attorneys for Plaintiff, Global Link Logistics, Inc. ("Global Link").

2.    I have been a licensed attorney in the District of Columbia and the State of California (inactive status) since 1976 and 1987, respectively. I am a partner with the firm of Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C.

3.    I have charged Global Link $425/hour for my legal services in this case during the year 2007. My rates were increased to $455/hour since January of 2008. These hourly rates are the usual and customary rate charged for comparable services performed by attorneys in Washington, DC with my educational background and experience.

4.    To date, Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C. has billed Global Link a total of $13,217.50 in fees and costs in this action.

5.    True and correct copies of Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C.'s invoices for legal services rendered in this action to date are attached hereto as Group Exhibit A.

6.    The amount of time I billed in this action is fair and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.


_____
David P. Street

District of Columbia  :  SS


Subscribed and sworn to
before me this 1st day of
February, 2008
_____
Notary Public

Toni S. Smith
Notary Public, District of Columbia
My Commission Expires 02/28/2011

2

**<u>EXHIBIT A</u>**

**FEES**

| | Date | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 999 | 11/20/2007 | DPS | 81501 | 2.70 | 425.00 | 1,147.50 | Email correspondence and telephone conferences with _____ regarding problems with Midwest. Research regarding Midwest rights and obligations with regard to Global Link customers. Confer with Brendan Collins regarding complaint against Midwest and possibility of emergency motion to court for expedited relief. Review correspondence from Midwest. Draft demand letter to Midwest. |
| 999 | 11/20/2007 | BC | 81501 | 4.20 | 425.00 | 1,785.00 | Communication with client in regard to potential litigation with Midwest. Draft of cease and desist letter to Cwick. Review of response. |
| 999 | 11/21/2007 | BC | 81501 | 7.10 | 425.00 | 3,017.50 | Review correspondence from Midwest disparaging Global Link. Draft complaint. Review of letter to Midwest customers. Communication with client regarding amount of claim Contacting local counsel. Drafting letter to Midwest regarding attorney representing Midwest and attempts to resolve matter. |
| 999 | 11/21/2007 | DPS | 81501 | 2.50 | 425.00 | 1,062.50 | Review email correspondence regarding Midwest Intermodal. Confer with Brendan Collins regarding same. Telephone conference with _____ regarding same. Draft letter to Global Link customers regarding Midwest claims _____ regarding same. Draft email to Midwest seeking to contact their attorney. |
| 999 | 11/23/2007 | BC | 81501 | 3.10 | 425.00 | 1,317.50 | Draft/revise complaint. Correspondence with client regarding same. Telephone conference with _____ |
| 999 | 11/26/2007 | BC | 81501 | 3.10 | 425.00 | 1,317.50 | Draft/revise complaint. Coordinate with local counsel for filing. Review of correspondence from client. |
| 999 | 11/26/2007 | DPS | 81501 | 0.50 | 425.00 | 297.50 | Review email correspondence and confer with Brendan Collins regarding Midwest lawsuit. |
| 999 | 11/28/2007 | BC | 81501 | 0.80 | 425.00 | 340.00 | Draft/revise forms for pro hac vice admission. |
| 999 | 11/30/2007 | BC | 81501 | 0.70 | 425.00 | 297.50 | Communication with local counsel in regard to service of complaint. Communications in regard to pro hac vice admission. |
| 999 | 12/03/2007 | BC | 81838 | 1.10 | 425.00 | 467.50 | Communication with local counsel in re service of complaint. Review of court's order in regard to status hearing. Forwarding Court's order to defendant. |
| 999 | 12/12/2007 | BC | 81838 | 0.30 | 425.00 | 127.50 | Review of court's order approving pro hac vice admission. |
| 999 | 12/20/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 | Review email from _____ regarding Midwest response to complaint. Confer with Brendan Collins and respond to |

| 999 | 12/21/2007 | BC | 81838 | 2.10 | 425.00 | 892.50 |

Communication with local counsel in regard to Midwest's failure to respond to complaint. Draft of motion for default.

| 999 | 12/21/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 |

Review and respond to email regarding Midwest complaint.

| 999 | 12/27/2007 | BC | 81838 | 1.60 | 425.00 | 680.00 |

Draft/revise motion for default. Research on default issues. Email to client discussing effect of default and default judgment.

| 999 | 12/27/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 |

Confer with Brendan Collins regarding default motion. Send email to _____ regarding same.

| 999 | 12/28/2007 | BC | 81838 | 0.80 | 425.00 | 340.00 |

Review/analyze default papers. Discussion of procedure for moving forward with local counsel. Communications with client in regard to need to prepare documents to "prove up" damages.

#257066

# **<u>EXHIBIT 2</u>**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL LINK LOGISTICS, INC.,          :
                                   :
              Plaintiff,         :
                                   :
v.                                :      Case No.: 1:07-cv-06652
                                 :      Honorable Joan B. Gottschall
MIDWEST INTERMODAL SERVICES,   :
INC.,                           :
                                 :
             Defendant.    :

## AFFIDAVIT OF BRENDAN COLLINS

I, Brendan Collins, being first duly sworn on oath, depose and state as follows:

1.     I am one of the attorneys who has appeared on behalf of Plaintiff, Global Link Logistics, Inc. ("Global Link"), in the above-captioned action.

2.     I have been a licensed attorney in the State of Maryland and the District of Columbia since 1986 and 1988 respectively. I am a partner with the firm of Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C.

3.     I have charged Global Link $425/hour for my legal services in this case during the year 2007. My rates were increased to $455/hour since January of 2008. These hourly rates are the usual and customary rate charged for comparable services performed by attorneys in Washington, DC with my educational background and experience.

4.     To date, Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C. has billed Global Link a total of $13,217.50 in fees and costs in this action.

5.     Additionally, for the month of January, 2008, I worked an additional 4.2 hours on this action coordinating with Global Link in regard to the documents and information necessary in

order to "prove up" its damages. I also drafted and revised the Declaration of Joanne Picardi. Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C. has not yet billed Global Link for my time and any expenses incurred in January in connection with this action. Based upon my hourly rate of $455/hour, Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C. will bill Global Link $1,911.00 for my time spent on this action in January 2008.

6.      True and correct copies of Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C.'s invoices for legal services rendered in this action to date are attached hereto as Group Exhibit A.

7.      The amount of time I billed in this action is fair and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.


_____
Brendan Collins

District of Columbia  :  SS



Subscribed and sworn to
before me this 1st day of
February, 2008

_____
Notary Public

Toni S. Smith
Notary Public, District of Columbia
My Commission Expires 02/28/2011

2

## **EXHIBIT A**

FEES

| | Date | | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 999 | 11/20/2007 | DPS | 81501 | 2.70 | 425.00 | 1,147.50 |

Email correspondence and telephone conferences with                    regarding problems with Midwest. Research regarding Midwest rights and obligations with regard to Global Link customers. Confer with Brendan Collins regarding complaint against Midwest and possibility of emergency motion to court for expedited relief. Review correspondence from Midwest. Draft demand letter to Midwest.

| 999 | 11/20/2007 | BC | 81501 | 4.20 | 425.00 | 1,785.00 |
|---|---|---|---|---|---|---|

Communication with client in regard to potential litigation with Midwest. Draft of cease and desist letter to Cwick. Review of response.

| 999 | 11/21/2007 | BC | 81501 | 7.10 | 425.00 | 3,017.50 |
|---|---|---|---|---|---|---|

Review correspondence from Midwest disparaging Global Link. Draft complaint. Review of letter to Midwest customers. Communication with client regarding amount of claim regarding same. Draft letter to Global Link customers regarding Midwest claims. Contacting local counsel. Drafting letter to Midwest regarding attorney representing Midwest and attempts to resolve matter.

| 999 | 11/21/2007 | DPS | 81501 | 2.50 | 425.00 | 1,062.50 |
|---|---|---|---|---|---|---|

Review email correspondence regarding Midwest Intermodal. Confer with Brendan Collins regarding same. Telephone conference with

| 999 | 11/23/2007 | BC | 81501 | 3.10 | 425.00 | 1,317.50 |
|---|---|---|---|---|---|---|

Draft/revise complaint. Correspondence with client regarding same.

. . . regarding same. Draft email to Midwest seeking to contact their attorney.

Telephone conference with

| 999 | 11/26/2007 | BC | 81501 | 3.10 | 425.00 | 1,317.50 |
|---|---|---|---|---|---|---|

Draft/revise complaint. Coordinate with local counsel for filing. Review of correspondence from client.

| 999 | 11/26/2007 | DPS | 81501 | 0.50 | 425.00 | 297.50 |
|---|---|---|---|---|---|---|

Review email correspondence and confer with Brendan Collins regarding Midwest lawsuit.

| 999 | 11/28/2007 | BC | 81501 | 0.80 | 425.00 | 340.00 |
|---|---|---|---|---|---|---|

Draft/revise forms for pro hac vice admission.

| 999 | 11/30/2007 | BC | 81501 | 0.70 | 425.00 | 297.50 |
|---|---|---|---|---|---|---|

Communication with local counsel in regard to service of complaint. Communications in regard to pro hac vice admission.

| 999 | 12/03/2007 | BC | 81838 | 1.10 | 425.00 | 467.50 |
|---|---|---|---|---|---|---|

Communication with local counsel in re service of complaint. Review of court's order in regard to status hearing. Forwarding Court's order to defendant.

| 999 | 12/12/2007 | BC | 81838 | 0.30 | 425.00 | 127.50 |
|---|---|---|---|---|---|---|

Review of court's order approving pro hac vice admission.

| 999 | 12/20/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 |
|---|---|---|---|---|---|---|

Review email from                    regarding Midwest response to complaint. Confer with Brendan Collins and respond to

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 999 | 12/21/2007 | BC | 81838 | 2.10 | 425.00 | 892.50 | Communication with local counsel in regard to Midwest's failure to respond to complaint. Draft of motion for default. |
| 999 | 12/21/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 | Review and respond to email regarding Midwest complaint. |
| 999 | 12/27/2007 | BC | 81838 | 1.60 | 425.00 | 680.00 | Draft/revise motion for default. Research on default issues. Email to client discussing effect of default and default judgment. |
| 999 | 12/27/2007 | DPS | 81838 | 0.10 | 425.00 | 42.50 | Confer with Brendan Collins regarding default motion. Send email to regarding same. |
| 999 | 12/28/2007 | BC | 81838 | 0.80 | 425.00 | 340.00 | Review/analyze default papers. Discussion of procedure for moving forward with local counsel. Communications with client in regard to need to prepare documents to "prove up" damages. |

#257066

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL LINK LOGISTICS, INC.,                :
                                            :
                    Plaintiff,              :
                                            :
v.                                          :        Case No.: 1:07-cv-06652
                                            :        Honorable Joan B. Gottschall
MIDWEST INTERMODAL SERVICES,                :
INC.,                                       :
                                            :
                    Defendant.              :
                                            :

---

## AFFIDAVIT OF MICHAEL D. SHER

I, Michael D. Sher, being first duly sworn on oath, depose and state as follows:

1.      I am one of the attorneys who has appeared on behalf of Plaintiff, Global Link Logistics, Inc. ("Global Link"), in the above-captioned action.

2.      I have been a licensed attorney in the State of Illinois since 1974. I am a partner with the firm of Neal, Gerber & Eisenberg LLP.

3.      Throughout the course of this litigation, I charged Global Link $550/hour for my legal services in this case. My hourly rate of $550/hour is a usual and customary rate charged for comparable services performed by attorneys in Chicago with my educational background and experience.

4.      To date, Neal, Gerber & Eisenberg LLP has billed Global Link a total of $2,339.40 in fees and costs in this action.

5.      Additionally, for the month of January, 2008, I worked an additional .3 hours on this action reviewing and revising the Declaration of Joanne Picardi. Neal, Gerber & Eisenberg LLP has not yet billed Global Link for my time and any expenses incurred in January in

connection with this action.  Based upon my hourly rate of $550/hour, Neal, Gerber & Eisenberg LLP will bill Global Link $165.00 for my time spent on this action in January 2008.

6.      True and correct copies of Neal, Gerber & Eisenberg LLP's invoices for legal services rendered in this action to date are attached hereto as Group Exhibit A.

7.      The amount of time I billed in this action is fair and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael D. Sher

Subscribed and sworn to
before me this **4TH** day of
February, 2008

_____
Notary Public

OFFICIAL SEAL
**CYNTHIA FREE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2008

2

**EXHIBIT A**

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG** LLP
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Global Link Logistics, Inc.
c/o Brendan Collins, Esq.
Galland, Kharasch, Greenberg, Fellman & Swirsky
Canal Square – Suite 200
1054 Thirty-First Street, N.W.
Washington, DC 20007-4492

December 14, 2007
Invoice 111901
Page  1

For Services Through November 30, 2007
Our Matter #    020820.0601
        Midwest Intermodal Services, Inc.

| | | |
|---|---|---|
| 11/26/07 | Review and revision of complaint; telephone conferences with Collins regarding same; e-mails regarding same; review of Deceptive Trade Practices Act regarding same. | |
| | M. D. Sher | 2.00  hrs. |
| 11/27/07 | E-mail regarding filing of complaint. | |
| | M. D. Sher | 0.10  hrs. |

Total Fees For Professional Services............................................................................... $     1,155.00

## Totals For This Matter

Current Amount Due.......................................................................................................... $     1,155.00

Total Due ........................................................................................................................... $     1,155.00

Global Link Logistics, Inc.
c/o Brendan Collins, Esq.
Galland, Kharasch, Greenberg, Fellman & Swirsky
Canal Square – Suite 200
1054 Thirty-First Street, N.W.
Washington, DC 20007-4492

December 14, 2007
Invoice 111901

## INVOICE SUMMARY

For Services Through November 30, 2007
Our Matter #   020820.0601
        Midwest Intermodal Services, Inc.

Current Amount Due.......................................................................................... $    1,155.00

Total Due ........................................................................................................ $    1,155.00

### Summary Of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. D. Sher | 2.10 | 550.00 | 1,155.00 |
| TOTAL | 2.10 | | 1,155.00 |

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

PLEASE REMIT PAYMENT TO:
NEAL, GERBER & EISENBERG LLP
28987 NETWORK PLACE
CHICAGO, IL 60673-1289

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Global Link Logistics, Inc.
Galland, Kharasch, Greenberg, Fellman & Swirsky
c/o Brendan Collins, Esq.
Canal Square - Suite 200
1054 Thirty-First Street, N.W.
Washington, DC 20007-4492

January 17, 2008
Invoice ******
Page 1

For Services Through December 31, 2007
Our Matter #   020820.0601
            Midwest Intermodal Services, Inc.

12/19/07     Draft motion regarding leave to file amended complaint.
             M. D. Sher                              0.30  hrs.

12/21/07     E-mail regarding Motion for Entry of Default; office conference with
             A.T. Papadopoulos regarding same.
             M. D. Sher                              0.20  hrs.

12/27/07     Edit and file Motion for Entry of Default; sent e-mail correspondence to
             B. Collins.
             A. T. Papadopoulos                      1.20  hrs.

Total Fees For Professional Services................................................................. $        719.00

Reimbursable Costs

Filing Fee - Neal Gerber & Eisenberg, LLP Docket Account - Clker of the US District
Court- pro hac vice fee for Brendan Collins 12/4/07 MDS                                        50.00
Service of Summons/Subpoena - It's Your Serve - service on Midwest Intermodal
Services 11/30/07                                                                               60.00
Filing Fee - Clerk of the U.S. District Court - complaint                                      350.00
Reproduction of Documents                                                                        5.40

Global Link Logistics, Inc.
Galland, Kharasch, Greenberg, Fellman & Swirsky
c/o Brendan Collins, Esq.
Canal Square - Suite 200
1054 Thirty-First Street, N.W.
Washington, DC  20007-4492

January 17, 2008
Invoice ******
Page  2


Total Reimbursable Costs ................................................................................ $      465.40


## Totals For This Matter

Current Amount Due ....................................................................................... $     1,184.40
Balance Forward ............................................................................................ $     1,155.00
Total Due ........................................................................................................ $     2,339.40

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL LINK LOGISTICS, INC.,          :
                                       :
                     Plaintiff,        :
                                       :
v.                                     :          Case No.: 1:07-cv-06652
                                       :          Honorable Joan B. Gottschall
MIDWEST INTERMODAL SERVICES,           :
INC.,                                  :
                                       :
                     Defendant.        :

_____

## <u>AFFIDAVIT OF ATHANASIOS PAPADOPOULOS</u>

I, Athanasios Papadopoulos, being first duly sworn on oath, depose and state as follows:

1.      I am one of the attorneys who has appeared on behalf of Plaintiff, Global Link Logistics, Inc. ("Global Link"), in the above-captioned action.

2.      I have been a licensed attorney in the State of Illinois since 2002.  I am a sixth-year associate with the firm of Neal, Gerber & Eisenberg LLP.

3.      Throughout the course of this litigation, Global Link has been charged $370/hour for my legal services in this case.  My hourly rate of $370/hour is a usual and customary rate charged for comparable services performed by attorneys in Chicago with my educational background and experience.

4.      To date, Neal, Gerber & Eisenberg LLP has billed Global Link a total of $2,339.40 in fees and costs in this action.

5.      Additionally, for the month of January, 2008, I worked an additional 7.4 hours on this action as follows:

| 1/9/2008 | Prepared for hearing on motion for entry of default; telephone conference with B. Collins regarding same | 1.00 hrs |
|----------|-----------|----------|
| 1/10/2008 | Court Appearance – motion for entry of default | 1.00 hrs |
| 1/17/2008 | Revised Declaration of Joanne Picardi; telephone conference with B. Collins regarding same | 1.60 hrs |
| 1/18/2008 | Telephone conference with B. Collins; drafted courtesy copy letter to Judge Gottschall; reviewed and filed Declaration of Joanne Picardi for prove-up | 1.00 hrs |
| 1/23/2008 | Prepared for prove-up hearing; telephone conference with B. Collins regarding same | 1.30 hrs |
| 1/24/2008 | Court appearance – prove-up hearing; telephone conference with B. Collins regarding same; discussed prove-up hearing with M. Sher | 1.50 hrs |

6.   Neal, Gerber & Eisenberg LLP has not yet billed Global Link for my time and any expenses incurred in January in connection with this action.  Based upon my hourly rate of $370/hour, Neal, Gerber & Eisenberg LLP will bill Global Link $2,738.00 for my time spent on this action in January 2008.

7.   True and correct copies of Neal, Gerber & Eisenberg LLP's invoices for legal services rendered in this action to date are attached hereto as Group Exhibit A.

8.   The amount of time I billed in this action is fair and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.

2

Athanasios Papadopoulos

Subscribed and sworn to
before me this **4TH** day of
February, 2008

Notary Public

OFFICIAL SEAL
CYNTHIA FREE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2008

3

# **EXHIBIT A**

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG LLP**
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Global Link Logistics, Inc.
c/o Brendan Collins, Esq.
Galland, Kharasch, Greenberg, Fellman & Swirsky
Canal Square – Suite 200
1054 Thirty-First Street, N.W.
Washington, DC 20007-4492

December 14, 2007
Invoice 111901
Page  1

For Services Through November 30, 2007
Our Matter #   020820.0601
           Midwest Intermodal Services, Inc.

11/26/07    Review and revision of complaint; telephone conferences with Collins
            regarding same; e-mails regarding same; review of Deceptive Trade
            Practices Act regarding same.
            M. D. Sher                              2.00  hrs.

11/27/07    E-mail regarding filing of complaint.
            M. D. Sher                              0.10  hrs.

Total Fees For Professional Services.............................................................. $        1,155.00

### Totals For This Matter

Current Amount Due.................................................................................. $        1,155.00
Total Due ................................................................................................ $        1,155.00

Global Link Logistics, Inc.
c/o Brendan Collins, Esq.
Galland, Kharasch, Greenberg, Fellman & Swirsky
Canal Square – Suite 200
1054 Thirty-First Street, N.W.
Washington, DC 20007-4492

December 14, 2007
Invoice 111901

## INVOICE SUMMARY

For Services Through November 30, 2007
Our Matter #   020820.0601
                 Midwest Intermodal Services, Inc.

Current Amount Due................................................................................................ $     1,155.00

Total Due ............................................................................................................... $     1,155.00

| | Summary Of Fees | | |
|---|---|---|---|
| | Hours | Rate/Hr | Dollars |
| M. D. Sher | 2.10 | 550.00 | 1,155.00 |
| TOTAL | 2.10 | | 1,155.00 |

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG LLP**
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Global Link Logistics, Inc.
Galland, Kharasch, Greenberg, Fellman & Swirsky
c/o Brendan Collins, Esq.
Canal Square - Suite 200
1054 Thirty-First Street, N.W.
Washington, DC  20007-4492

January 17, 2008
Invoice ******
Page  1

For Services Through December 31, 2007
Our Matter #    020820.0601
                Midwest Intermodal Services, Inc.

| | | |
|---|---|---|
| 12/19/07 | Draft motion regarding leave to file amended complaint. | |
| | M. D. Sher | 0.30  hrs. |
| 12/21/07 | E-mail regarding Motion for Entry of Default; office conference with A.T. Papadopoulos regarding same. | |
| | M. D. Sher | 0.20  hrs. |
| 12/27/07 | Edit and file Motion for Entry of Default; sent e-mail correspondence to B. Collins. | |
| | A. T. Papadopoulos | 1.20  hrs. |

Total Fees For Professional Services............................................................... $      719.00

## Reimbursable Costs

Filing Fee - Neal Gerber & Eisenberg, LLP Docket Account - Clker of the US District
Court- pro hac vice fee for Brendan Collins 12/4/07 MDS                                50.00
Service of Summons/Subpoena - It's Your Serve - service on Midwest Intermodal
Services 11/30/07                                                                      60.00
Filing Fee - Clerk of the U.S. District Court - complaint
Reproduction of Documents                                                            350.00
                                                                                       5.40

Global Link Logistics, Inc.
Galland, Kharasch, Greenberg, Fellman & Swirsky
c/o Brendan Collins, Esq.
Canal Square - Suite 200
1054 Thirty-First Street, N.W.
Washington, DC  20007-4492

January 17, 2008
Invoice ******
Page  2

Total Reimbursable Costs ............................................................................ $        465.40

## Totals For This Matter

Current Amount Due.................................................................................. $      1,184.40
Balance Forward ...................................................................................... $      1,155.00

Total Due ................................................................................................. $      2,339.40