Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6652 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Global Link Logistics, Inc. vs. Midwest Intermodal Services, Inc., | | |

**DOCKET ENTRY TEXT**

Petition for attorneys' fees and costs [15] is granted. Enter Default Judgment Order. It is hereby ordered default judgment is entered in favor of Plaintiffs and against Defendant, Midwest Intermodal Services, Inc. in the amount of $140,072.48 and attorneys' fees in the amount of $19,905.50 and costs in the amount of $464.40. Pursuant to Fed.R.,Civ.P. 41(a)(2), Counts II, III, IV and VI of the Complaint are dismissed without prejudge and without costs. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mail AO 450

| | Courtroom Deputy Initials: | RJ |
|---|---|---|