# United States District Court
## Northern District of Illinois
### Eastern Division

Global Link Logistics, Inc          **JUDGMENT IN A CIVIL CASE**

       v.                                   Case Number: 07 C 6652

Midwest Intermodal Services, Inc.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant, Midwest Intermodal Services, Inc. in the amount of $140,072.48 and attorneys' fees in the amount of $19,905.50 and costs in the amount of $464.40. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 2/7/2008

/s/ Rhonda Johnson, Deputy Clerk